United States Court of Appeals
Fifth Circuit

**F I L E D**

**July 8, 2004**

Charles R. Fulbruge III
Clerk

IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

No. 03-60671
Summary Calendar

DILSHAD NOORANI,

Petitioner,

versus

JOHN ASHCROFT, U.S. ATTORNEY GENERAL,

Respondent.

--------------------
Petition for Review of an Order of the
Board of Immigration Appeals
BIA No. A72 417 883
--------------------

Before JONES, DENNIS, and CLEMENT, Circuit Judges.

PER CURIAM:[*]

Dilshad Noorani petitions this court for review of the Board of Immigration Appeals's (BIA) decision affirming the Immigration Judge's order denying her application for cancellation of removal pursuant to 8 U.S.C. § 1229b(b)(1). Noorani contends that her removal from this country will cause her child undue hardship. This court lacks jurisdiction to review the merits of Noorani's petition because the determination of this matter is subject to the discretion of the Attorney General. 8 U.S.C. §§ 1229b(b)(1),

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

1252(a)(2)(B); <u>see</u> <u>Bravo v. Ashcroft</u>, 341 F.3d 590, 592 (5th Cir. 2003); <u>Camey-Miranda v. Ashcroft</u>, No. 02-60971, 2004 WL 556934 (5th Cir. Mar. 23, 2004) (unpublished).  Accordingly, the petition for review is DISMISSED.